UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JIM PATTON                                                                                          PLAINTIFF

VS.                                                                  CIVIL ACTION NO. 3:09cv797-DPJ-FKB

COCA-COLA ENTERPRISES, INC.                                                          DEFENDANT

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersign recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED** this the 5th day of April, 2010.

                                                  s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE